UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL R. TOTH, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 19-cv-11611-ADB |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |
| | * | |

**ORDER**

BURROUGHS, D.J.

　　Paul R. Toth, who is incarcerated at FMC Devens, brings this petition under 28 U.S.C. § 2241 in which he alleges that Bureau of Prison's disallowance of 41 days of good conduct time as a disciplinary sanction violated his right to due process. Toth names the United States of America as the respondent. He has paid the filing fee.

　　Upon review of the petition, the Court hereby orders:

　　1.　FMC Devens Warden Stephen Spaulding shall be substituted as the sole respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action)

　　2.　The Clerk of this Court shall serve a copy of the petition upon Spaulding and the United States Attorney for the District of Massachusetts.

　　3.　Respondent shall, no later than Monday, November 4, 2019, file a motion to deny or grant the petition and a memorandum in support thereof.

　　**IT IS SO ORDERED.**

Dated: September 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison D. Burroughs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON D. BURROUGHS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE